1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| KENNY JEFFREY, an individual, | Case No. 2:16-cv-04361-ODW(SSx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE** |
| | **SETTLEMENT** |
| ADT HOLDINGS, INC., a Delaware | |
| Corporation, and Does 1-50, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In light of the Notice of Settlement (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by October 27, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 27, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**